UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR MEHMOOD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES POSTAL INPECTION SERVICE, et al.,<br><br>　　　　Defendants. | No.  2:13-cv-2353 CKD P<br><br><br>ORDER |

　　　　Mr. Mehmood is a federal pretrial detainee proceeding pro se.  He has filed a civil complaint in which he seeks return of $51,000 seized from him by a United States Postal Inspection Service (USPIS) officer on March 9, 2013 when Mr. Mehmood was arrested.  It appears the money was seized under United States asset forfeiture law.

　　　　A review of court records reveals Mr. Mehmood is a defendant in 2:12-cr-0154 JAM.  It also appears that, by way of criminal indictment filed in 2:12-cr-0154 JAM, the United States is seeking forfeiture of the $51,000 referenced in Mr. Mehmood's complaint.  <u>See</u> ECF No. 107 at 10 in 2:12-cr-0154 JAM.  That being the case, any issue Mr. Mehmood might have with the forfeiture of the property at issue must be raised in his criminal case.  Furthermore, a civil action

/////

/////

1

1  in this court commenced by Mr. Mehmood is not the appropriate method for challenging asset

2  forfeiture under United States law.  See 18 U.S.C. § 983; 39 C.F.R. § 233.9.[1]

3       For these reasons, IT IS HEREBY ORDERED that the Clerk of the Court close this case.

4  Dated: November 20, 2013

/s/ Carolyn K. Delaney
_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

9  1
10 mehm2353.dis

---

[1] In his complaint, plaintiff references "Asset ID 13-USP-001114" and "Seizure No. 172-13-018" which suggest the USPIS has initiated administrative forfeiture proceedings concerning plaintiff's $51,000.

2