1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    YASIR MEHMOOD,                            No.  2:13-cv-2353 CKD P

12                   Plaintiff,

13           v.                                 ORDER

14    UNITED STATES POSTAL INPECTION
      SERVICE, et al.,
15
                     Defendants.
16

17

18           Mr. Mehmood is a federal pretrial detainee proceeding pro se.  He has filed a civil

19    complaint in which he seeks return of $51,000 seized from him by a United States Postal

20    Inspection Service (USPIS) officer on March 9, 2013 when Mr. Mehmood was arrested.  It

21    appears the money was seized under United States asset forfeiture law.

22           A review of court records reveals Mr. Mehmood is a defendant in 2:12-cr-0154 JAM.  It

23    also appears that, by way of criminal indictment filed in 2:12-cr-0154 JAM, the United States is

24    seeking forfeiture of the $51,000 referenced in Mr. Mehmood's complaint.  See ECF No. 107 at

25    10 in 2:12-cr-0154 JAM.  That being the case, any issue Mr. Mehmood might have with the

26    forfeiture of the property at issue must be raised in his criminal case.  Furthermore, a civil action

27    /////

28    /////

                                               1

1   in this court commenced by Mr. Mehmood is not the appropriate method for challenging asset

2   forfeiture under United States law.  See 18 U.S.C. § 983; 39 C.F.R.  § 233.9.[1]

3          For these reasons, IT IS HEREBY ORDERED that the Clerk of the Court close this case.

4   Dated:  November 20, 2013

5                                              _____
                                               CAROLYN K. DELANEY
6                                              UNITED STATES MAGISTRATE JUDGE

7

8

9   [1]
    mehm2353.dis
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

---

27   [1]  In his complaint, plaintiff references "Asset ID 13-USP-001114" and "Seizure No. 172-13-018"
     which suggest the USPIS has initiated administrative forfeiture proceedings concerning plaintiff's
28   $51,000.

2